Law Offices
**Blatt, Hasenmiller, Leibsker & Moore LLC**
125 South Wacker Dr. • Suite 400 • Chicago, Illinois 60606-4440
Phone 312/704-9440 • Outside Illinois 800/357-9609
Fax 312/704-9430

Ira F. Leibsker •
Leon W. Moore •
Kenneth R. Wake •+○

Frank A. Janello •
Traci B. Gomien ○
David M. Greenbaum +
Marlaina C. Strunk •
Gregory R. Dye •□
Brian D. Maynard •
Kliment P. Mitreski •○
Mark J. Johnson •
Jacquelyn T. Vengal •
Jennifer M. Brown ▲
Jason M. Shulman •
Laura A. Willett •

Licensed In:
IL •, IN ○,
MI +, OH □,
AZ ▲

DOMINIC BASILE    06-23-06
    IL

Reference #:
Creditor:   PORTFOLIO RECOVERY ASSOCIATES LLC
Original Creditor: FIRST USA BANK
Type:   VISA CARD
Account #:
Amount Due:   $ 4619.35
Debtor:   DOMINIC BASILE

Please be advised that this firm represents the above named creditor. Your account has been referred to this office for collection of the Amount Due shown above.

Demand is hereby made upon you for payment of the Amount Due. If you cannot make remittance of the total Amount Due, but wish to make partial payment and discuss payment terms, call this office at (866) 269-9861 with your proposal. You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec. 1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address of the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore LLC

    PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT

BLD1A(07/94)SS1

Illinois        Indiana        Michigan


EXHIBIT 1