June 27, 2006

Dominic Basile

IL.

Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Drive
Suite 400
Chicago, IL. 60606

To Whom It May Concern:

I wish to dispute the validity of this debt in reference to # ▓▓▓▓.
I am requesting all documents, the name & address of the original creditor as well as any other names associated with this account. Please send me the phone numbers to contact the original creditor so I can obtain copies of the statements regarding this account.

Thank you,

Dominic Basile





EXHIBIT 2