Law Offices
# Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Dr. • Suite 400 • Chicago, Illinois 60606-4440
Phone 312/704-9440 • Outside Illinois 800/357-9609
Fax 312/704-9430

Ira F. Leibsker ♦
Leon W. Moore ♦
Kenneth R. Wake ♦ ♦ o

Frank A. Janello ♦
Traci B. Gomien o
David M. Greenbaum +
Marlaina C. Strunk ♦
Gregory R. Dye ♦ □
Brian D. Maynard ♦
Kliment P. Mitreski ♦ o
Mark J. Johnson ♦
Jacquelyn T. Vengal ♦
Jennifer M. Brown ▲
Jason M. Shulman ♦
Laura A. Willett ♦

Licensed in:
IL ♦, IN o,
MI +, OH □,
AZ ▲

DOMINIC BASILE ▬▬▬▬▬   07-03-06
▬▬▬▬▬▬▬▬IL▬▬▬▬

Reference #: ▬▬▬▬▬▬
Account #: ▬▬▬▬▬▬
Creditor: PORTFOLIO RECOVERY ASSOCIATES LLC
Debtor: DOMINIC BASILE

Pursuant to your request for verification information we are hereby replying with the following verification of debt:

Original Creditor Information:
  FIRST USA BANK
  PORTFOLIO RECOVERY ASSOCIATES LLC

Date of Last Purchase or Service:
Merchant Name (if different than original creditor):

Date of Last Payment:
Balance Due:   4619.35

Additional Information:
Per your request, the above debt is for your First USA Bank card which was opened on 08/01/00 and charged off on 11/30/01. Please contact our office if you wish to setup a payment agreement or settle the above amount due.

Please review carefully and advise us without delay if you dispute this debt or have any further questions. It is our intention to resume with collection activity if we do not hear from you within the next 10 days with either a proposal for voluntary payment or detailed information regarding any possible dispute.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore LLC

BLV4A(11/01)LGT

Illinois          Indiana          Michigan

