July 11, 2006

Dominic Basile

, IL.

Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Drive
Suite 400
Chicago, IL. 60606

To Whom It May Concern:

I wish to continue my dispute regarding reference #▇▇▇▇. I requested the name & address of the original creditor as well as any other names associated with this reference. You did not send me any new information.
Please send me the contact for Portfolio Recovery Association so I can resolve this matter. I do not & did not have a Visa account regarding this number.
I would like a copy of the transactions regarding this account.

Thank you,

Dominic Basile



EXHIBIT 4