IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Plaintiff<br><br>vs.<br><br>DOMINIC BASILE<br><br><br><br>Defendant(s) | No: 07M1-171751<br><br>Amount Claimed: $4619.35 + costs<br><br>Return Date: AUG 30 2007 |

## COMPLAINT

The Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, claims as follows:

1. Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, is a limited liability company and the Defendant(s), DOMINIC BASILE, is a resident of COOK County, Illinois.

2. The Defendant(s), DOMINIC BASILE, opened a(n) VISA CARD account with FIRST USA BANK, account number 4▬▬▬▬▬.

3. The Defendant(s), DOMINIC BASILE, did make purchases and charged same to the account, but the Defendant failed to make the monthly payments called for on the account. There is an account stated in the amount of $4619.35. See clients affidavit attached here to as Plaintiff's Exhibit No. 1.

4. Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, is the successor in interest of said account from FIRST USA BANK having purchased said account in the regular course of business in good faith and for value.

5. The Defendant(s), DOMINIC BASILE, is in default on the account and Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, demands payment of this balance.

**WHEREFORE,** the Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, prays for judgment against the Defendant(s), DOMINIC BASILE, in the amount of $4619.35 plus costs.

_____
ATTORNEY FOR PLAINTIFF

Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney for Plaintiff
125 S. Wacker Dr., Suite 400
Chicago, Illinois 60606-4440
(866)269-9858
Ref# ▬▬▬▬   PLTCOMPI

EXHIBIT 5

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

STATE OF VA
CITY OF NORFOLK

## AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is
an employee/agent of: PORTFOLIO RECOVERY ASSOCIATES LLC
and has knowledge of the account balance, and is duly authorized to make
this affidavit.

Affiant states that the amounts shown below are taken/calculated from
the original books and records of the above named plaintiff, and based
on information and belief, affiant states that the amount due to
PORTFOLIO RECOVERY ASSOCIATES LLC
by DOMINIC BASILE
on account(s): ▓▓▓▓▓▓▓▓▓▓

for purchases by or services rendered to the above named defendant(s) or
member(s) of his/her family is as follows:

| | | |
|---|---|---|
| Balance: | $ | 4619.35 |
| Plus Interest: | $ | 0.00 |
| Less Payments: | $ | 0.00 |
| Balance Due: | $ | 4619.35 |

Affiant states that the amount shown above is true and correct and that
there are no setoffs or counterclaims available to defendant(s).
Further affiant sayeth not.

*Elaine F. Farr*
Affiant

_____LEGAL SPECIALIST_____
Title

Subscribed and Sworn to Before me

12th day of July, 20 06

_____
Notary Public

My Commission Expires: _____

Reference #: ▓▓▓▓▓
Account #: ▓▓▓▓▓

ANGELA COYLE
Notary Public
Commonwealth of Virginia
My Commission Expires May 31, 2009

Ex #1

AFFPORT(05/02)EEO

PORTFOLIO RECOVERY ASSOC. LLC