CASE: PORTFOLIO REC. V. BASILE

PROCEEDING: HEARING

CASE NO.: 07 M1 171751

DATE: JANUARY 3, 2008

LORIE A. RICHMOND, CSR, RMR, CRR    15450 WESTVIEW DRIVE

OAK FOREST, IL 60452-1563    (708)687-0731

**ORIGINAL**

EXHIBIT 7

**Page 1**

```
 1  STATE OF ILLINOIS  )
                       ) SS:
 2  COUNTY OF C O O K  )

 3      IN THE CIRCUIT COURT OF COOK COUNTY
        MUNICIPAL DEPARTMENT - FIRST DISTRICT
 4
    PORTFOLIO RECOVERY ASSOCIATES, LLC,)
 5                                     )
            Plaintiff,                 )
 6                                     )
        vs.                            ) No. 2007 M1 171751
 7                                     )
    DOMINIC BASILE,                    )
 8                                     )
            Defendant.                 )
 9
10
11
12          REPORT OF PROCEEDINGS at the hearing
13  in the above-entitled case, taken at The Fifth Municipal
14  District, Circuit Court of Cook County, 10220 S. 76th
15  Avenue, before the HONORABLE JANET ADAMS BROSNAHAN,
16  Judge of said Court, on the 3rd day of January, 2008, at
17  10:20 a.m.
```

**Page 2**

```
 1  PRESENT:

 2     BLATT HASENMILLER LEIBSKER & MOORE
       MR. MARK J. JOHNSON
 3     125 S. Wacker Drive, Suite 400
       Chicago, Illinois 60606
 4     (312) 704-9440

 5         appeared on behalf of the Plaintiff;

 6     PHILIPPS & PHILIPPS, LTD.
       By MR. DAVID J. PHILIPPS
 7     9760 S. Roberts Road, Suite One
       Palos Hills, Illinois 60465
 8     (708) 974-2900

 9         appeared on behalf of the Defendant.
```

**Page 3**

1  THE COURT: Portfolio Recovery versus Basile.

2  MR. JOHNSON: Mark Johnson on behalf of

3  Plaintiff.

4  MR. PHILIPPS: Morning, Judge. David Philipps

5  on behalf of Dominic Basile.

6  THE COURT: Good morning. First, some

7  preliminary matters really for my own personal

8  knowledge. I was about to call both of you to strike

9  this hearing because I had not received courtesy copies.

10  I did receive courtesy copies finally yesterday.

11        And I'm wondering — the courtesy copies

12  I received yesterday were dated 12-28. When in fact

13  were they delivered?

14  MR. PHILIPPS: Judge, I took care of that

15  because it's my motion. And my staff dropped it off on

16  12-28. Nobody was here. We had to drop it off next

17  door. And they promised to give it to your Honor. They

18  were due on 12-29 —

19  THE COURT: Right. I know that.

20  MR. PHILIPPS: — which is a Saturday,

21  obviously. But they were dropped off on Friday when we

22  filed our motion.

23  THE COURT: Because I was here on the 28th and I

24  was here on the 31st and I was looking for them.

**Page 4**

1 Like I said, I was about to strike this. And it
2 probably would have been stricken, except that I have no
3 secretary to make the phone call, and then they did get
4 to me yesterday. And I wondered how — you know, what
5 was the delay.
6      MR. PHILIPPS: Yes. The letter was dated — it
7 was dropped off on Friday as we filed our motion. My
8 office is right around the corner. And my staff came
9 over on Friday cursing my name because I had them there
10 working on Friday before New Year's weekend. But it was
11 dropped off the day the letter is dated, Judge.
12     If you want to enter and continue the
13 hearing to another day —
14     THE COURT: No. I'm ready. I — I'm ready.
15 But I will get them on the day they are delivered if
16 they are given either to my secretary or to any
17 secretary in the presiding judge's office. They'll come
18 to me with, you know, any other deliveries that day.
19     I don't know — if they're not given to
20 my regular clerk, I suppose that's the reason. If they
21 go through a few clerks' hands, then there's a delay
22 involved.
23     So, just for future reference, if it
24 comes up, give them to my secretary or to the secretary

CASE: PORTFOLIO REC. V. BASILE
PROCEEDING: HEARING
Case 1:08-cv-01006    Document 1-8    Filed 02/19/2008    Page 3 of 7
Multi-Page™
CASE NO.: 07 M1 171751
DATE: JANUARY 3, 2008

Page 5

1 in the presiding judge's office and I'll be sure to get
2 them on time.
3     MR. PHILIPPS: Yes. And I was told it was given
4 to the -- I think to 204. That was the only person they
5 could find, Judge. I'm sorry about that.
6     THE COURT: That's all right.
7     Okay. Now, with regard to the merits of
8 the motion, it's a combined motion to dismiss. And I
9 think there are several very good arguments to be made
10 why it should be dismissed. And I think that -- well,
11 let me say this. I gave much consideration to
12 dismissing it with prejudice. But I'm not going to
13 dismiss it with prejudice, because some things are
14 unclear with regard to the facts which may be alleged
15 that may allow the Plaintiff to file a complaint which
16 can withstand a motion to dismiss.
17     Maybe there are those facts out there
18 that haven't been plead. And if they're in -- within
19 the knowledge of the plaintiffs, I can't determine at
20 this time that you are incapable of filing a complaint
21 which will withstand a motion to dismiss.
22     I have serious questions as to whether or
23 not you're able to file a complaint which can withstand
24 a motion to dismiss based upon the arguments which were

Page 6

1 raised by defense in this matter. But I can't reach a
2 definite conclusion.
3     And let me go over some of these things
4 point by point. When you file an amended complaint, if
5 you decide to file an amended complaint, I would expect
6 to see a paragraph addressing the argument that the
7 Plaintiff is not -- doesn't have standing to file a
8 lawsuit in the state of Illinois. I was asked to take
9 judicial notice of the fact that this LLC is not
10 registered with the Secretary of State. And there was
11 no response to that in the response to the motion to
12 dismiss.
13     But if this company doesn't have standing
14 to bring a lawsuit as a plaintiff in the state of
15 Illinois, don't try to do it. And if you do have
16 standing, then the basis for that standing should be
17 articulated in your complaint.
18     I agree that the complaint which was
19 filed is pled as an account stated. And then it has
20 been argued that the statute of limitations for a
21 contract is that which should be applied by Plaintiff.
22 We're mixing apples and oranges. Either it's an account
23 stated or it's a contract. If it's an account stated,
24 then I need to know when the account stated action

Page 7

1 began -- or when the statute of limitations began to be
2 counted.
3     And with regard to that issue, there is
4 no allegation in the complaint that would establish when
5 the cause of action began to accrue. In my research on
6 the issue, specifically in the case of Toth Sr., T-o-t-h
7 Sr. versus Mansell, M-a-n-s-e-l-l, at 207 Ill.App.3d
8 665, a First District opinion in 1991, the Court said
9 "We find that when an open account becomes an account
10 stated by virtue of the debtor's receipt without
11 objection of a statement, then the cause of action on
12 the account stated accrues; thus, the Plaintiff's cause
13 of action on an account stated accrued during 1980 when
14 Plaintiff first sent" -- or I'm sorry -- "when Plaintiff
15 sent the first statement to defendant. Since an action
16 not otherwise provided for in the Code of Civil
17 Procedure is governed by a five-year statute of
18 limitations, Plaintiff's claim was not timely."
19     In this particular case, the plaintiff
20 blew the statute of limitations. But the important date
21 is when the first statement was made by the plaintiff to
22 the defendant of what the outstanding account was.
23 That's when the cause of action accrues. And five years
24 after that date is when the statute of limitations

Page 8

1 expires.
2     I don't know what that alleged date is in
3 this case. If you're going to make an account statement
4 claim, you're going to have to give me that date. I
5 would guess that -- based upon the fact that this
6 account was purchased by your client and the account
7 stated was probably made by the former holder of the
8 account, that this five years has probably elapsed. But
9 I can't make a guess. And you have to provide me with
10 that information so that we can know when the cause
11 began.
12     Now, alternatively, I suppose you're not
13 precluded from trying to articulate a breach of contract
14 claim. But if you're going to do it, you've got to do
15 it the right way. Your current complaint has not made a
16 claim for breach of contract. And as defense counsel
17 pointed out, there is no contract attached. Obviously,
18 if you're going to do it, it's got to be pled the right
19 way, and it's not.
20     So, you do have an opportunity to try to
21 correct some of these defects. Whether or not you're
22 going to be able to do that, I'm not certain. But I'll
23 give you the chance. I'll give you 28 days to file an
24 amended complaint.

Page 9

1  MR. PHILIPPS: Do you want to set a short
2  status after that, Judge, so that we can tell you if
3  we're going to answer or otherwise plead?
4  THE COURT: Yes. But let me just -- this is
5  something I noticed, and I thought am I missing
6  something? I'm going back to your -- let's see --
7  Defendant's Reply in Support of Motion to Dismiss.
8  There are numerous references to the purported original
9  creditor, Providian. Where does Providian come in? Was
10 that just a mistake?
11 MR. JOHNSON: I might be able to explain that,
12 Judge. I think Mr. Philipps does a lot of work for
13 creditors. He might have -- we've seen this motion
14 before. It could be just a form error. He might have
15 put that in by accident or by error. I don't think
16 that's anything but an error.
17 MR. PHILIPPS: Judge, to just briefly correct
18 learned Plaintiff's counsel, I don't do any work for
19 creditors.
20 MR. JOHNSON: I'm sorry. Debtors. I apologize.
21 It all just depends on the situation.
22 MR. PHILIPPS: We're not quite sure who the
23 creditor is, Judge. Our client doesn't recognize the
24 account in any way, shape, or form. They mention First

Page 10

1  USA. He thinks it might be something with Providian.
2  But we're not sure. We're not sure, Judge.
3  THE COURT: Well, here. Just be careful,
4  because what I'm seeing here -- in Defendant's Reply in
5  Support of Motion to Dismiss, there's a reference. It
6  says Plaintiff, Portfolio Recovery, Providian LLC
7  (Portfolio). Okay. Portfolio is the name of the
8  plaintiff. Then later on the reference is to the
9  original credit agency referred to as Providian. I
10 don't know who Providian is. I looked at this and I
11 thought, well, maybe the reference is supposed to be
12 First USA Bank.
13 MR. PHILIPPS: We're not -- that's the problem,
14 Judge, is we're not sure because these debts -- as these
15 credit card companies get purchased by other credit card
16 companies and then they sell off the money --
17 MR. JOHNSON: Judge, what he's saying is
18 irrelevant. It sounds like it's a typical scrivener's
19 error, if anything. Like I said, Mr. Philipps does
20 represent in federal cases under the FDCPA, and against
21 us, probably a good number of defendants or debtors in
22 these situations. It's a form motion. We've seen it
23 before. We've answered it before. It was probably
24 missed when they took out the proper names of the

Page 11

1  parties. I don't think of it as anything else other
2  than a scrivener's error at this time.
3  THE COURT: Okay. I sort of determined that
4  that was likely the case. But I just wanted to bring it
5  up because it confused me a little bit. As I was
6  reading this, I couldn't find any party named Providian.
7       All right. So, motion to dismiss is
8  granted. Twenty-eight days to file an amended
9  complaint, if Plaintiff chooses to do so. That brings
10 us to the 31st of January.
11 MR. JOHNSON: Judge, I apologize. Just to
12 clarify, the motion to dismiss that's granted, that's a
13 motion to dismiss under 2-615, since you're allowing us
14 time to amend our complaint? 2-615 I believe would be
15 the proper statute for being allowed time to amend our
16 complaint and setting a status date. Otherwise, a 2-619
17 would kill the cause of action entirely.
18 THE COURT: Just a minute. It is pursuant to
19 2-615. And that is not because there wasn't some merit
20 to the statute of the limitations issues raised under
21 2-619; but I cannot determine, based upon the way the
22 complaint is pled, whether or not the statute of
23 limitations defense is viable and applicable in light of
24 the way that it was pled --

Page 12

1  MR. JOHNSON: I understand.
2  THE COURT: -- so it is 2-615.
3  MR. JOHNSON: I apologize for interrupting,
4  Judge.
5  THE COURT: Sure. All right. So the amended
6  pleading, if any, will be filed by January 31st.
7  MR. PHILIPPS: Judge, may I make a suggestion on
8  a follow-up date?
9  THE COURT: Sure.
10 MR. PHILIPPS: I'm in front of your Honor on
11 February 21st. And by then, if they do replead, we
12 could have a motion on file, if that's appropriate, and
13 deal with it all at once in such a manner, if the 21st
14 is available.
15 THE COURT: It's available.
16 MR. JOHNSON: Judge, it's not available for me.
17 Is there any way we can move that to the 22nd?
18 MR. PHILIPPS: I'd be happy to come on around
19 the corner, Judge.
20 THE COURT: All right. So it'll be set only for
21 status on the 22nd. But, of course, if a motion to
22 dismiss is filed, then we'll set a new briefing schedule
23 on that issue.
24 MR. PHILIPPS: And that's what we'll try to do

Page 13

1  Judge, is to make it, you know, one-stop shopping for
2  everybody.
3       THE COURT: All right. Sounds good. Thank you.
4       MR. PHILIPPS: Thank you much, Judge.
5       MR. JOHNSON: Thank you, Judge.
6          (Whereupon, at 10:35 a.m. the hearing was
7           concluded.)
8                * * *

Page 14

1  STATE OF ILLINOIS )
                     ) SS:
2  COUNTY OF C O O K )
3
4       I, LORIE A. RICHMOND, CSR, do hereby
5  certify that I reported in shorthand the proceedings had
6  at the hearing aforesaid, and that the foregoing is a
7  true, complete, and accurate transcript of the
8  proceedings at said hearing as appears from my
9  stenographic notes so taken and transcribed under my
10 personal direction this 16th day of January, 2008.

_____
Certified Shorthand Reporter

17 CSR No. 084-003279 - Expires May 31, 2009.

"OFFICIAL SEAL"
Lorie A. Richmond
Notary Public, State of Illinois
My Commission Exp. 09/13/2008

### -0-
**084-003279** [1] 14:17

### -1-
**10220** [1] 1:14
**10:20** [1] 1:17
**10:35** [1] 13:6
**12-28** [2] 3:12,16
**12-29** [1] 3:18
**125** [1] 2:3
**16th** [1] 14:10
**171751** [1] 1:6
**1980** [1] 7:13
**1991** [1] 7:8

### -2-
**2-615** [4] 11:13,14,19 12:2
**2-619** [2] 11:16,21
**2007** [1] 1:6
**2008** [2] 1:16 14:10
**2009** [1] 14:17
**204** [1] 5:4
**207** [1] 7:7
**21st** [2] 12:11,13
**22nd** [2] 12:17,21
**28** [1] 8:23
**28th** [1] 3:23

### -3-
**31** [1] 14:17
**312** [1] 2:4
**31st** [3] 3:24 11:10 12:6
**3rd** [1] 1:16

### -4-
**400** [1] 2:3

### -6-
**60465** [1] 2:7
**60606** [1] 2:3
**665** [1] 7:8

### -7-
**704-9440** [1] 2:4
**708** [1] 2:8
**76th** [1] 1:14

### -9-
**974-2900** [1] 2:8
**9760** [1] 2:7

### -A-
**a.m** [2] 1:17 13:6
**able** [3] 5:23 8:22 9:11
**above-entitled** [1] 1:13
**accident** [1] 9:15
**account** [14] 6:19,22,23 6:24 7:9,9,12,13,22 8:3 8:6,6,8 9:24
**accrue** [1] 7:5
**accrued** [1] 7:13
**accrues** [2] 7:12,23
**accurate** [1] 14:7
**action** [7] 6:24 7:5,11,13 7:15,23 11:17
**ADAMS** [1] 1:15
**addressing** [1] 6:6
**aforesaid** [1] 14:6
**against** [1] 10:20
**agency** [1] 10:9
**agree** [1] 6:18
**allegation** [1] 7:4
**alleged** [2] 5:14 8:2
**allow** [1] 5:15
**allowed** [1] 11:15
**allowing** [1] 11:13
**alternatively** [1] 8:12
**amend** [2] 11:14,15
**amended** [5] 6:4,5 8:24 11:8 12:5
**answer** [1] 9:3
**answered** [1] 10:23
**apologize** [3] 9:20 11:11 12:3
**appeared** [2] 2:5,9
**apples** [1] 6:22
**applicable** [1] 11:23
**applied** [1] 6:21
**appropriate** [1] 12:12
**argued** [1] 6:20
**argument** [1] 6:6
**arguments** [2] 5:9,24
**articulate** [1] 8:13
**articulated** [1] 6:17
**ASSOCIATES** [1] 1:4
**attached** [1] 8:17
**available** [3] 12:14,15 12:16
**Avenue** [1] 1:15

### -B-
**Bank** [1] 10:12
**based** [3] 5:24 8:5 11:21
**Basile** [3] 1:7 3:1,5
**basis** [1] 6:16
**becomes** [1] 7:9
**began** [4] 7:1,1,5 8:11
**behalf** [4] 2:5,9 3:2,5
**bit** [1] 11:5
**BLATT** [1] 2:2
**blew** [1] 7:20
**breach** [2] 8:13,16
**briefing** [1] 12:22
**briefly** [1] 9:17
**bring** [2] 6:14 11:4
**brings** [1] 11:9
**BROSNAHAN** [1] 1:15

### -C-
**C** [2] 1:2 14:2
**cannot** [1] 11:21
**card** [2] 10:15,15
**care** [1] 3:14
**careful** [1] 10:3
**case** [5] 1:13 7:6,19 8:3 11:4
**cases** [1] 10:20
**certain** [1] 8:22
**Certified** [1] 14:15
**certify** [1] 14:5
**chance** [1] 8:23
**Chicago** [1] 2:3
**chooses** [1] 11:9
**Circuit** [2] 1:3,14
**Civil** [1] 7:16
**claim** [4] 7:18 8:4,14,16
**clarify** [1] 11:12
**clerk** [1] 4:20
**clerks'** [1] 4:21
**client** [2] 8:6 9:23
**Code** [1] 7:16
**combined** [1] 5:8
**companies** [2] 10:15,16
**company** [1] 6:13
**complaint** [14] 5:15,20 5:23 6:4,5,17,18 7:4 8:15 8:24 11:9,14,16,22
**complete** [1] 14:7
**concluded** [1] 13:7
**conclusion** [1] 6:2
**confused** [1] 11:5
**consideration** [1] 5:11
**continue** [1] 4:12
**contract** [5] 6:21,23 8:13 8:16,17
**Cook** [2] 1:3,14
**copies** [3] 3:9,10,11
**corner** [2] 4:8 12:19
**correct** [2] 8:21 9:17
**counsel** [2] 8:16 9:18
**counted** [1] 7:2
**County** [4] 1:2,3,14 14:2
**course** [1] 12:21
**Court** [20] 1:3,14,16 3:1 3:6,19,23 4:14 5:6 7:8 9:4 10:3 11:3,18 12:2,5 12:9,15,20 13:3
**courtesy** [3] 3:9,10,11
**credit** [3] 10:9,15,15
**creditor** [2] 9:9,23
**creditors** [2] 9:13,19
**CSR** [2] 14:4,17
**current** [1] 8:15
**cursing** [1] 4:9

### -D-
**date** [6] 7:20,24 8:2,4 11:16 12:8
**dated** [3] 3:12 4:6,11
**David** [2] 2:6 3:4
**days** [2] 8:23 11:8
**deal** [1] 12:13
**debtor's** [1] 7:10
**debtors** [2] 9:20 10:21
**debts** [1] 10:14
**decide** [1] 6:5
**defects** [1] 8:21
**defendant** [4] 1:8 2:9 7:15,22
**Defendant's** [2] 9:7 10:4
**defendants** [1] 10:21
**defense** [3] 6:1 8:16 11:23
**definite** [1] 6:2
**delay** [2] 4:5,21
**delivered** [2] 3:13 4:15
**deliveries** [1] 4:18
**DEPARTMENT** [1] 1:3
**determine** [2] 5:19 11:21
**determined** [1] 11:3
**direction** [1] 14:10
**dismiss** [12] 5:8,13,16 5:21,24 6:12 9:7 10:5 11:7,12,13 12:22
**dismissed** [1] 5:10
**dismissing** [1] 5:12
**District** [3] 1:3,14 7:8
**doesn't** [3] 6:7,13 9:23
**Dominic** [2] 1:7 3:5
**door** [1] 3:17
**Drive** [1] 2:3
**drop** [1] 3:16
**dropped** [4] 3:15,21 4:7 4:11
**due** [1] 3:18
**during** [1] 7:13

### -E-
**either** [2] 4:16 6:22
**elapsed** [1] 8:8
**enter** [1] 4:12
**entirely** [1] 11:17
**error** [5] 9:14,15,16 10:19 11:2
**establish** [1] 7:4
**everybody** [1] 13:2
**except** [1] 4:2
**expect** [1] 6:5
**expires** [2] 8:1 14:17
**explain** [1] 9:11

### -F-
**fact** [3] 3:12 6:9 8:5
**facts** [2] 5:14,17
**FDCPA** [1] 10:20
**February** [1] 12:11
**federal** [1] 10:20
**few** [1] 4:21
**Fifth** [1] 1:13
**file** [8] 5:15,23 6:4,5,7 8:23 11:8 12:12
**filed** [5] 3:22 4:7 6:19 12:6,22
**filing** [1] 5:20
**finally** [1] 3:10
**first** [8] 1:3 3:6 7:8,14 7:15,21 9:24 10:12
**five** [2] 7:23 8:8
**five-year** [1] 7:17
**follow-up** [1] 12:8
**foregoing** [1] 14:6
**form** [3] 9:14,24 10:22
**former** [1] 8:7
**Friday** [4] 3:21 4:7,9,10
**front** [1] 12:10
**future** [1] 4:23

### -G-
**given** [3] 4:16,19 5:3
**good** [4] 3:6 5:9 10:21 13:3
**governed** [1] 7:17
**granted** [2] 11:8,12
**guess** [2] 8:5,9

### -H-
**hands** [1] 4:21
**happy** [1] 12:18
**HASENMILLER** [1] 2:2
**hearing** [6] 1:12 3:9 4:13 13:6 14:6,8
**hereby** [1] 14:4
**Hills** [1] 2:7
**holder** [1] 8:7
**Honor** [2] 3:17 12:10
**HONORABLE** [1] 1:15

### -I-
**Ill.App.3d** [1] 7:7
**Illinois** [6] 1:1 2:3,7 6:8 6:15 14:1
**important** [1] 7:20
**incapable** [1] 5:20
**information** [1] 8:10

Case 1:08-cv-01006   Document 1-8   Filed 02/19/2008   Page 7 of 7

CASE: PORTFOLIO REC. V. BASILE          Multi-Page™          interrupting - yesterday
PROCEEDING: HEARING                                           CASE NO.: 07 M1 171751

| | | | | |
|---|---|---|---|---|
| interrupting [1] 12:3 | missing [1] 9:5 | 9:17,22 10:13,19 12:7 12:10,18,24 13:4 | registered [1] 6:10 | such [1] 12:13 |
| involved [1] 4:22 | mistake [1] 9:10 | phone [1] 4:3 | regular [1] 4:20 | suggestion [1] 12:7 |
| irrelevant [1] 10:18 | mixing [1] 6:22 | plaintiff [14] 1:5 2:5 3:3 5:15 6:7,14,21 7:14,14 7:19,21 10:6,8 11:9 | replead [1] 12:11 | Suite [2] 2:3,7 |
| issue [3] 7:3,6 12:23 | money [1] 10:16 | | Reply [2] 9:7 10:4 | Support [2] 9:7 10:5 |
| issues [1] 11:20 | MOORE [1] 2:2 | | REPORT [1] 1:12 | suppose [2] 4:20 8:12 |
| it'll [1] 12:20 | morning [2] 3:4,6 | Plaintiff's [3] 7:12,18 9:18 | reported [1] 14:5 | supposed [1] 10:11 |
| | motion [18] 3:15,22 4:7 5:8,8,16,21,24 6:11 9:7 9:13 10:5,22 11:7,12,13 12:12,21 | | Reporter [1] 14:15 | |
| **-J-** | | plaintiffs [1] 5:19 | represent [1] 10:20 | **-T-** |
| J [2] 2:2,6 | | plead [2] 5:18 9:3 | research [1] 7;5 | T-o-t-h [1] 7:6 |
| JANET [1] 1:15 | move [1] 12:17 | pleading [1] 12:6 | response [2] 6:11,11 | Thank [3] 13:3,4,5 |
| January [4] 1:16 11:10 12:6 14:10 | Municipal [2] 1:3,13 | pled [4] 6:19 8:18 11:22 11:24 | RICHMOND [1] 14:4 | thinks [1] 10:1 |
| Johnson [11] 2:2 3:2,2 9:11,20 10:17 11:11 12:1 12:3,16 13:5 | **-N-** | point [2] 6:4,4 | right [9] 3:19 4:8 5:6 8:15,18 11:7 12:5,20 13:3 | thought [2] 9:5 10:11 |
| | name [2] 4:9 10:7 | pointed [1] 8:17 | | through [1] 4:21 |
| Judge [20] 1:16 3:4,14 4:11 5:5 9:2,12,17,23 10:2,14,17 11:11 12:4,7 12:16,19 13:1,4,5 | named [1] 11:6 | Portfolio [5] 1:4 3:1 10:6,7,7 | Road [1] 2:7 | timely [1] 7:18 |
| | names [1] 10:24 | | Roberts [1] 2:7 | took [2] 3:14 10:24 |
| | need [1] 6:24 | precluded [1] 8:13 | | Toth [1] 7:6 |
| | new [2] 4:10 12:22 | prejudice [2] 5:12,13 | **-S-** | transcribed [1] 14:9 |
| judge's [2] 4:17 5:1 | next [1] 3:16 | preliminary [1] 3:7 | S [3] 1:14 2:3,7 | transcript [1] 14:7 |
| judicial [1] 6:9 | Nobody [1] 3:16 | PRESENT [1] 2:1 | Saturday [1] 3:20 | true [1] 14:7 |
| | notes [1] 14:9 | presiding [2] 4:17 5:1 | says [1] 10:6 | try [3] 6:15 8:20 12:24 |
| **-K-** | notice [1] 6:9 | problem [1] 10:13 | schedule [1] 12:22 | trying [1] 8:13 |
| K [2] 1:2 14:2 | noticed [1] 9:5 | Procedure [1] 7:17 | scrivener's [2] 10:18 11:2 | Twenty-eight [1] 11:8 |
| kill [1] 11:17 | Now [2] 5:7 8:12 | proceedings [3] 1:12 14:5,8 | | typical [1] 10:18 |
| knowledge [2] 3:8 5:19 | number [1] 10:21 | | secretary [6] 4:3,16,17 4:24,24 6:10 | |
| | numerous [1] 9:8 | promised [1] 3:17 | | **-U-** |
| **-L-** | | proper [2] 10:24 11:15 | see [2] 6:6 9:6 | unclear [1] 5:14 |
| lawsuit [2] 6:8,14 | **-O-** | provide [1] 8:9 | seeing [1] 10:4 | under [4] 10:20 11:13,20 14:9 |
| learned [1] 9:18 | O [4] 1:2,2 14:2,2 | provided [1] 7:16 | sell [1] 10:16 | |
| LEIBSKER [1] 2:2 | objection [1] 7:11 | Providian [7] 9:9,9 10:1 10:6,9,10 11:6 | sent [2] 7:14,15 | understand [1] 12:1 |
| letter [2] 4:6,11 | obviously [2] 3:21 8:17 | | serious [1] 5:22 | up [2] 4:24 11:5 |
| light [1] 11:23 | off [6] 3:15,16,21 4:7,11 10:16 | purchased [2] 8:6 10:15 | set [3] 9:1 12:20,22 | USA [2] 10:1,12 |
| likely [1] 11:4 | | purported [1] 9:8 | setting [1] 11:16 | |
| limitations [7] 6:20 7:1 7:18,20,24 11:20,23 | office [3] 4:8,17 5:1 | pursuant [1] 11:18 | several [1] 5:9 | **-V-** |
| | once [1] 12:13 | put [1] 9:15 | shape [1] 9:24 | versus [2] 3:1 7:7 |
| LLC [3] 1:4 6:9 10:6 | One [1] 2:7 | | shopping [1] 13:1 | viable [1] 11:23 |
| looked [1] 10:10 | one-stop [1] 13:1 | **-Q-** | short [1] 9:1 | virtue [1] 7:10 |
| looking [1] 3:24 | open [1] 7:9 | questions [1] 5:22 | shorthand [2] 14:5,15 | vs [1] 1:6 |
| LORIE [1] 14:4 | opinion [1] 7:8 | quite [1] 9:22 | situation [1] 9:21 | |
| LTD [1] 2:6 | opportunity [1] 8:20 | | situations [1] 10:22 | **-W-** |
| | oranges [1] 6:22 | **-R-** | sorry [3] 5:5 7:14 9:20 | Wacker [1] 2:3 |
| **-M-** | original [2] 9:8 10:9 | raised [2] 6:1 11:20 | sort [1] 11:3 | weekend [1] 4:10 |
| M-a-n-s-e-l-l [1] 7:7 | otherwise [3] 7:16 9:3 11:16 | reach [1] 6:1 | sounds [2] 10:18 13:3 | within [1] 5:18 |
| M1 [1] 1:6 | | reading [1] 11:6 | specifically [1] 7:6 | without [1] 7:10 |
| manner [1] 12:13 | outstanding [1] 7:22 | ready [2] 4:14,14 | Sr [2] 7:6,7 | withstand [3] 5:16,21 5:23 |
| Mansell [1] 7:7 | own [1] 3:7 | really [1] 3:7 | SS [2] 1:1 14:1 | |
| Mark [2] 2:2 3:2 | | reason [1] 4:20 | staff [2] 3:15 4:8 | wondered [1] 4:4 |
| matter [1] 6:1 | **-P-** | receipt [1] 7:10 | standing [4] 6:7,13,16 6:16 | wondering [1] 3:11 |
| matters [1] 3:7 | Palos [1] 2:7 | receive [1] 3:10 | | |
| may [4] 5:14,15 12:7 14:17 | paragraph [1] 6:6 | received [2] 3:9,12 | state [5] 1:1 6:8,10,14 14:1 | **-Y-** |
| | particular [1] 7:19 | recognize [1] 9:23 | statement [4] 7:11,15 7:21 8:3 | Year's [1] 4:10 |
| mention [1] 9:24 | parties [1] 11:1 | Recovery [3] 1:4 3:1 10:6 | | years [2] 7:23 8:8 |
| merit [1] 11:19 | party [1] 11:6 | | status [3] 9:2 11:16 12:21 | yesterday [3] 3:10,12 4:4 |
| merits [1] 5:7 | person [1] 5:4 | reference [4] 4:23 10:5 10:8,11 | statute [8] 6:20 7:1,17 7:20,24 11:15,20,22 | |
| might [4] 9:11,13,14 10:1 | personal [2] 3:7 14:10 | references [1] 9:8 | | |
| minute [1] 11:18 | Philipps [20] 2:6,6,6 3:4 3:4,14,20 4:6 5:3 9:1,12 | referred [1] 10:9 | stenographic [1] 14:9 | |
| missed [1] 10:24 | | regard [3] 5:7,14 7:3 | stricken [1] 4:2 | |
| | | | strike [2] 3:8 4:1 | |

LORIE A. RICHMOND, CSR, RMR, CRR    15450 WESTVIEW DRIVE                           Index Page 2
OAK FOREST, IL  60452-1563   (708)687-0731