AEE

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: **08 C 1006**

Dominic Basile v. Portfolio Recovery Associates, L.L.C., a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore, LLC, an Illinois limited liability company.

**JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Dominic Basile.

| NAME (Type or print) |
|---|
| David J. Philipps |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David J. Philipps |

| FIRM |
|---|
| Philipps & Philipps, Ltd. |

| STREET ADDRESS |
|---|
| 9760 South Roberts Road, Suite One |

| CITY/STATE/ZIP |
|---|
| Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196285 | (708) 974-2900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |