# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

# 08 C 1006

Dominic Basile,

Plaintiff,

v.

Portfolio Recovery Associates, L.L.C., a
Delaware limited liability company, and
Blatt, Hasenmiller, Leibsker & Moore LLC,
an Illinois limited liability company,
Defendants.

Docket Number: _____

Assigned Judge: _____
                    **JUDGE DARRAH**
Designated       **MAGISTRATE JUDGE KEYS**
Magistrate Judge: _____

To: Portfolio Recovery Associates, L.L.C.
C/O National Registered Agents, Inc., as registered agent
160 Greentree Drive
Suite 101
Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**February 19, 2008**

Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 2/25/2008 @ 11:50 am |
| NAME OF SERVER (PRINT)    ROBERT DELACY | TITLE    SPS |

*Check one box below to indicate appropriate method of service-*

[ ]    Served personally upon the defendant. Place where served: _____

[ ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]    Returned unexecuted: _____

[X]    Other (specify): SERVED DEBBIE SEALUND, AUTHORIZED TO ACCEPT SERVICE FOR NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT, 160 GREENTREE DR. ST. 101, DOVER, DE. 19904

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____2/25/08____
Date

Signature of Server
Address of Server

Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 1006

Plaintiff:
**Dominic Basile**
vs.
Defendant:
**Portfolio Recovery Associates, L.L.C. and Blatt, Hasenmiller, Leibsker**
**& Moore, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 20th day of February, 2008 at 9:56 am to be served on **Portfolio Recovery Associates, L.L.C. c/o National Registered Agents, Inc., Registered Agent, 160 Greentree Drive, Suite 101, Dover, DE 19904.** I, ____ROBERT DELACY____, being duly sworn, depose and say that on the __25__ day of __February__, 20 __08__ at __11:50__ a_m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

(X) CORPORATE SERVICE: By serving ___DEBBIE SEALUND___ as
AUTHORIZED TO ACCEPT SERVICE
_____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

Age _25-30_ Sex M F_ Race __white__ Height __5'5__ Weight _160 lb_ Hair __black__ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ___ day of _____ by the affiant who is personally known to me.

NOTARY PUBLIC EXPIRES
MARCH 14, 201?

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
**1201 N. Post Road**
**Suite 5**
**Indianapolis, IN  46219-4225**
**(317) 890-1055**
Our Job Serial Number: 2008001356

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f