U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 1006

Dominic Basile
   -vs-
Portfolio Recovery Associates, LLC and Blatt, Hasenmiller,
Leibsker & Moore, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Portfolio Recovery Associates, LLC

| |
|---|
| NAME (Type or print)<br>David Israel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ David Israel |
| FIRM<br>Sessions, Fishman, Nathan & Israel, LLP |
| STREET ADDRESS<br>Lakeway Two, Suite 200, 3850 North Causeway Bolevard |
| CITY/STATE/ZIP<br>Metairie, LA  70002-7227 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>90785267 | TELEPHONE NUMBER<br>(504) 582-1500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐