U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-1006 |
|---|---|

DOMINIC BASILE
v.
PORTFOLIO RECOVERY ASSOCIATES, L.L.C., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Blatt, Hasenmiller, Leibsker & Moore, L.L.C.

| NAME (Type or print) |
|---|
| David L. Hartsell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ David L. Hartsell |

| FIRM |
|---|
| McGuireWoods LLP |

| STREET ADDRESS |
|---|
| 77 W. Wacker Drive, Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192380 | (312) 849-8100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing **APPEARANCE OF DAVID L. HARTSELL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David J. Philipps
>Bonnie C. Dragotto
>Philipps & Philipps, Ltd.
>9760 S. Roberts Road, Suite One
>Palos Hills, Illinois 60465
>(708) 974-2900
>davephilipps@aol.com
>bdragotto@aol.com

/s/ David L. Hartsell