U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08-cv-1006
DOMINIC BASILE
v.
PORTFOLIO RECOVERY ASSOCIATES, L.L.C., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant Blatt, Hasenmiller, Leibsker & Moore, L.L.C.

| NAME (Type or print) |   |
|---|---|
| Amy R. Jonker |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Amy R. Jonker | |
| FIRM | |
| McGuireWoods LLP | |
| STREET ADDRESS | |
| 77 W. Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6283174 | (312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing **APPEARANCE OF AMY R. JONKER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David J. Philipps
>Bonnie C. Dragotto
>Philipps & Philipps, Ltd.
>9760 S. Roberts Road, Suite One
>Palos Hills, Illinois 60465
>(708) 974-2900
>davephilipps@aol.com
>bdragotto@aol.com

                                    /s/ Amy R. Jonker