IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOMINIC BASILE,

              Plaintiff,

     v.                                      Case No. 08-CV-1006

PORTFOLIO RECOVERY              Judge Darrah
ASSOCIATES, L.L.C., a Delaware limited    Magistrate Judge Keys
liability company, and BLATT,
HASENMILLER, LEIBSKER & MOORE,
LLC, an Illinois limited liability company,

              Defendants.

**DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE,
LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

       NOW COMES Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through its undersigned counsel, and for its Motion for Extension of Time to Answer Complaint, states as follows:

       1.     BHLM was served on February 26, 2008 and its answer is due March 17, 2008. BHLM needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint.

       2.     BHLM requests a fourteen (14) day extension of time, up to and including March 31, 2008, to file its responsive pleading to Plaintiff's Complaint.

       3.     Plaintiff has no objection to BHLM's request for an extension of time up to and including March 31, 2008.

       WHEREFORE, Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC, respectfully requests that this Honorable Court grant an extension of time, up to and including March 31,

2008 for it to file its responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: March 17, 2008

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By:   /s/  Amy R. Jonker
        One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Bonnie C. Dragotto
> Philipps & Philipps, Ltd.
> 9760 S. Roberts Road, Suite One
> Palos Hills, Illinois 60465
> (708) 974-2900
> davephilipps@aol.com
> bdragotto@aol.com

/s/ Amy R. Jonker

\5210217.1