IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOMINIC BASILE,

      Plaintiff,

   v.                                        Case No. 08-CV-1006

PORTFOLIO RECOVERY                Judge Darrah
ASSOCIATES, L.L.C., a Delaware limited    Magistrate Judge Keys
liability company, and BLATT,
HASENMILLER, LEIBSKER & MOORE,
LLC, an Illinois limited liability company,

      Defendants.

## NOTICE OF MOTION

To:  See Attached

    PLEASE TAKE NOTICE that on **Tuesday, March 25, 2008**, at the hour of **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1203, and then and there present the attached **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT,** a copy of which is served upon you.

Dated: March 17, 2008                         Respectfully Submitted,

                                                BLATT, HASENMILLER, LEIBSKER &
                                                MOORE, LLC

                                                By:   */s/*  Amy R. Jonker
                                                      One of its Attorneys

                                                David L. Hartsell
                                                Amy R. Jonker
                                                McGUIREWOODS LLP
                                                77 W. Wacker Drive, Suite 4100
                                                Chicago, Illinois 60601-1815
                                                (312) 849-8100 Phone
                                                (312) 849-3690 Fax
                                                dhartsell@mcguirewoods.com
                                                ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Bonnie C. Dragotto
> Philipps & Philipps, Ltd.
> 9760 S. Roberts Road, Suite One
> Palos Hills, Illinois 60465
> (708) 974-2900
> davephilipps@aol.com
> bdragotto@aol.com

/s/ Amy R. Jonker

\5210237.1