IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC BASILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 08 1006 |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, L.L.C., a Delaware ) | |
| Limited Liability company, and BLATT, ) | |
| HASENMILLER, LEIBSKER & ) | |
| MOORE, L.L.C., an Illinois Limited ) | |
| Liability company. ) | |
| ) | |
| Defendants. ) | |

**PORTFOLIO RECOVERY ASSOCIATES, LLC'S JOINDER TO DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

NOW COMES the Defendant, PORTFOLIO RECOVERY ASSOCIATES, L.L.C., ("PRA") by and through undersigned counsel, and hereby submits the following joinder to co-defendant's Agreed Motion For Extension of Time To Answer Complaint.

1.　On March 17, 2008, co-defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt") filed an Agreed Motion For An Extension of Time To Answer Complaint. Without objection, co-defendant Blatt requested an extension of fourteen (14) days, to March 31, 2008, to file an answer or otherwise plead so as to allow Blatt time to complete their investigation into the allegations of Plaintiff's Complaint.

2.      Defendant PRA respectfully requests, for those same reasons, an identical extension of fourteen (14) days within which time to file their responsive pleading and joins in co-defendant Blatt's motion.

3.      One of the attorneys for defendant PRA, Brian Roth, discussed the request for the foregoing extension with Plaintiff's counsel and Mr. Phillips stated that he had no objection to this extension.

4.      Blatt's motion has been noticed for a hearing before the Court on March 25, 2008 at 9:00 a.m.

WHEREFORE, defendant PRA respectfully joins the Motion of Blatt for an Extension Of Time to file their responsive pleading for a period of fourteen (14) days, to on or before March 31, 2008.

Respectfully Submitted,

By: /s/ James K. Schultz
    James K. Schultz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Telephone:  (847)  853-6100
Facsimile:   (847)  853-6105
E-Mail:     jschultz@sessions-law.biz

**Of Counsel:**

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
E-Mail:    disrael@sessions-law.biz

Attorneys for Defendant Portfolio Recovery Associates LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC BASILE, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES, L.L.C., a Delaware ) <br> Limited liability company, and BLATT, ) <br> HASENMILLER, LEIBSKER & ) <br> MOORE, L.L.C., an Illinois limited ) <br> Liability company. ) <br> ) <br> Defendants. ) | Case No. 08 1006 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2008, a copy of the foregoing **PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S JOINDER TO DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Phillips
PHILLIPS & PHILLIPS, LTD.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465

David L. Hartsell
Amy R. Jonker
McGUIRE WOODS, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815

/s/ *James K. Schultz*
Attorney for Defendant PRA