# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1006 | **DATE** | 3/20/08 |
| **CASE TITLE** | Basile v. Portfolio Recovery Associates, L.L.C., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' agreed motions for extension of time to answer complaint [15, 16, 17] are granted. Defendants have until 3/31/08 to file their responsive pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|