IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC BASILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 08 1006 |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, L.L.C., a Delaware ) | |
| Limited liability company, and BLATT, ) | |
| HASENMILLER, LEIBSKER & ) | |
| MOORE, L.L.C., an Illinois limited ) | |
| Liability company. ) | |
| ) | |
| Defendants. ) | |

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S 7.1
CORPORATE DISCLOSURE STATEMENT**

Defendant Portfolio Recovery Associates, L.L.C. (PRA), by and through the undersigned counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1 provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Portfolio Recovery Associates, L.L.C., a Delaware limited liability company is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded

company. No publicly held corporation owns 10% or more of Portfolio Recovery Associates, Inc. stock.

Respectfully submitted,

/s/ *James K. Schultz*
James K. Schultz

James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Telephone:  (847) 853-6100
Facsimile:  (847)  853-6105
E-Mail:     sgeier@sessions-law.biz
            jschultz@sessions-law.biz

**Of Counsel:**

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
E-Mail:     disrael@sessions-law.biz

Attorneys for Defendant PRA Receivables Management, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC BASILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 08 1006 |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware Limited liability company, and BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C., an Illinois limited Liability company. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2008, a copy of the foregoing **PORTFOLIO RECOVERY ASSOCIATES, L.L.C.'S CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Phillips
PHILLIPS & PHILLIPS, LTD.
9760 South Roberts Road
 Suite One
Palos Hills, Illinois  60465


/s/ *James K. Schultz*
Attorney for Defendant PRA

- 3 -