IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dominic Basile, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 C 1006 |
| ) | |
| Portfolio Recovery Associates, L.L.C, a ) | Judge Darrah |
| Delaware limited liability company, and ) | Magistrate Judge Keys |
| Blatt, Hasenmiller, Leibsker & Moore ) | |
| LLC, an Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BONNIE C. DRAGOTTO**

Plaintiff, Dominic Basile, states:

1. As an attorney with the law firm of Philipps & Philipps, Ltd., Bonnie C. Dragotto filed an appearance on behalf of the Plaintiff in this matter.

2. Due to relocation, as of April 16, 2008, Bonnie C. Dragotto will no longer be with Philipps & Philipps, Ltd.

WHEREFORE, Plaintiff, Dominic Basile, respectfully requests that this Court grant Bonnie C. Dragotto leave to withdraw as counsel in this matter.

Respectfully Submitted,

/s/ David J. Philipps
By: One of Plaintiff's Attorneys

Dated: April 14, 2008

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, a copy of the foregoing **Motion for Leave to Withdraw Appearance of Bonnie C. Dragotto** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Brian D. Roth
Sessions Fishman & Nathan, LLP
3850 North Causeway Boulevard
Suite 1240
Metairie, Louisiana 70002

Ira F. Leibsker, Member
Blatt, Hasenmiller, Leibsker
   & Moore, LLC
125 South Wacker Drive
Suite 400
Chicago, Illinois 60606


/s/ David J. Philipps        

Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com