**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Dominic Basile, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No.  08 C 1006 |
| Portfolio Recovery Associates, L.L.C, a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, | ) ) ) ) ) | Judge Darrah Magistrate Judge Keys |
|     Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

**TO:**   SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that at 9:00 a.m., on Tuesday, April 22, 2008, we shall appear before the Honorable John W. Darrah, in Room 1203 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion for Leave to Withdraw Appearance of Bonnie C. Dragotto**, a copy of which was served upon you by the Court's electronic filing system.

                                                                      By: <u>David J. Philipps</u>
                                                                       One of Plaintiff's Attorneys

Dated:  April 14, 2008

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian D. Roth
Sessions Fishman & Nathan, LLP
3850 North Causeway Boulevard
Suite 1240
Metairie, Louisiana 70002

Ira F. Leibsker, Member
Blatt, Hasenmiller, Leibsker
   & Moore, LLC
125 South Wacker Drive
Suite 400
Chicago, Illinois 60606


/s/ David J. Philipps_____

Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com