IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIC BASILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-1006 |
| ) | |
| PORTFOLIO RECOVERY ) | Judge Darrah |
| ASSOCIATES, L.L.C., a Delaware limited ) | Magistrate Judge Keys |
| liability company, and BLATT, ) | |
| HASENMILLER, LEIBSKER & MOORE, ) | |
| LLC, an Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BLATT, HASENMILLER, LEIBSKER,
& MOORE, LLC'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

NOW COMES defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM") and, pursuant to LR 3.2(a), identifies its affiliates as: Ira Leibsker, Member; Leon Moore, Member; and Kenneth Wake, Member.

Dated: May 20, 2008

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By:   /s/  David L. Hartsell
      One of Their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the Court using the CM/ECF system on this the 20th day of May, 2008, which constitutes service on below counsel, registered e-filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.7:

> David J. Philipps
> Mary E. Philipps
> PHILIPPS & PHILIPPS, LTD.
> 9860 S. Roberts Road
> Suite One
> Palos Hills, IL 60465
> davephilipps@aol.com
> mephilipps@aol.com
>
>
> James K. Schultz
> Sessions, Fishman, Nathan & Israeil of Illinois, LLC
> 1000 Skokie Blvd., Suite 430
> Wilmette, Illinois 60091
> (847) 853-6100
> jschultz@sessions-law.biz
>
>
> David Israel
> Sessions, Fishman, Nathan & Israel, L.L.P.
> Lakeway Two, Suite 200
> 3850 N. Causeway Blvd.
> Metairie, Louisiana 70002-7227
> (504) 828-3700
> disrael@sessions-law.biz

                 /s/ David L. Hartsell

\6274217.1

2