## N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Dominic Basile, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 1006 |
| | ) | |
| Portfolio Recovery Associates, LLC, a | ) | Judge Darrah |
| Delaware limited liability company, and | ) | |
| Blatt, Hasenmiller, Leibsker & Moore, | ) | |
| LLC, an Illinois limited liability company, | ) | |
|    Defendants. | ) | |

## STIPULATION OF DISMISSAL AS
## TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY

Plaintiff, Dominic Basile, having reached a settlement with Defendant Portfolio Recovery Associates, LLC ("PRA"), hereby stipulates to the dismissal of his claims against PRA only, with prejudice.  Plaintiff's claims against Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC, remain pending.

Dated: August 26, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and the claims against Defendant PRA are dismissed with prejudice.  This case remains pending against Defendant Blatt.

Dated: _____

                                              ENTERED:

                                              _____
                                              Judge John W. Darrah,
                                              United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2008, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| David Israel | disrael@sessions-law.biz |
| James K. Schultz | jschultz@sessions-law.biz |
| Sessions, Fishman, Nathan & Israel | |
|    Of Illinois, LLC | |
| 100 Skokie Boulevard | |
| Suite 430 | |
| Wilmette, Illinois 60091 | |
| | |
| David L. Hartsell | dhartsell@mcguirewoods.com |
| McGuireWoods, LLP | |
| 77 West Wacker Drive | |
| Suite 4100 | |
| Chicago, Illinois 60601 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com